Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ANONYMOUS USERS OF POPCORN TIME, et al.,** | Case No.: 3:15-cv-01779-AC<br><br>PLAINTIFF'S FRCP 41 NOTICE OF DISMISSAL OF A PARTY<br><br>Doe-76.27.198.0  /  Doe #10<br>IP: 76.27.198.0 |

PLAINTIFF'S NOTICE OF DISMISSAL OF PARTY

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure plaintiff voluntarily dismisses the party identified as Doe-76.27.198.0  /  Doe #10 using IP: 76.27.198.0 by notice and without prejudice.

DATED: January 21, 2016.

    Respectfully submitted,

    CROWELL LAW

    */s/ Carl D. Crowell*
    Carl D. Crowell, OSB No. 982049
    email: carl@crowell-law.com